UNITED STATES DISTRICT COURT
DISTRICT OF NEW JERSEY

UNITED STATES OF AMERICA  :

                                        :  MAGISTRATE NO. 16mj8049-5

v.  :

                                        :  ORDER

JUSTIN LOVE  :

The financial inability of the defendant to retain counsel having been established by the Court, and the defendant not having waived the appointment of counsel,

It is on this __1__ day of __June__, 2016,

ORDERED that _____CANDACE HOM_____ from the Office of the Federal Public Defender for the District of New Jersey is hereby appointed to represent said defendant ~~in the cause until~~ FOR TODAY ONLY ~~further order of the Court~~.

_____
Steven C. Mannion
United States Magistrate Judge