To: Judge Steven C. Mannion

My name is Justin Love, I was in your Court For a Bail Hearing on Friday, 3rd. I'm not writing you to talk about my case, I simply just want to Thank you For giving me a Second Chance. I'm not a Bad person it just seems like The prosecutors only talk about the negative Things in my pass and use Subterfuge to keep defendants in Jail. Thanks For Believing in me. Here's what you didn't know about me. I'm married I have 3 Boy's 12 y/s, 8 y/s, 15 months old. I Coach Football, Basketball Baseball, Wrestling, and mentor Kids in my neighborhood, I'm also a minority Business man who owned a niteclub in Phila, PA. Alot of my agg assault charges are from, customers who act out in the niteclub and security throws then out and they charge the owner. So they can sue, my gun charges are Because I had a act 235 "gun permit" in PA. But New Jersey doesn't recognize The certification, So when I would transport from PA, To NJ I would catch a charge. enough about me. I'm not sure if other people write you to show there appreciation But I wanted to personally let you know Thank you, you will Never know how much it ment to me.

Also you said I needed anger management, I agree I'm not a bad person but I do have issues. I lost a Brother in a car accident when I was a kid and I have never Been right since. you are the first person I ever opened up to, I don't know why But you seem fair and I feel like I can talk to you. I have a son who is 13yrs old and He's just like me, I'm scard. I don't want him to end up in jail or the Judicial System, I dont know what to do. anyway Thankyou Mr. Mannion. I will not Prove you wrong for releasing me.

I don't know if your aloud To write back or call me to talk But I would appriate if you could. I want to change. Here's my address I'm staying at and my phone number. If you can't I understand But Thankyou. You will never know how much you Helped me.

Justin hare

Thank you. God bless you!